**Order filed January 12, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00938-CV
_____

### ADRIENNE GALLIEN, Appellant

### V.

### GOOSE CREEK CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, Appellee

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2009-10149**

---

### O R D E R

This is an appeal from a judgment signed July 11, 2011. The clerk's record was filed December 27, 2011.

Our review has determined that the motion for new trial was untimely filed on October 20, 2011.  The letter of assignment references a motion for new trial filed August 11, 2011.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **January 24, 2012**, containing a copy of a timely filed motion for new trial.

If the motion for new trial is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM